No. 189 March 27, 2024 617

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

BRYDON JAYMES VINSON,
*Defendant-Appellant.*

Lane County Circuit Court
22CR57836; A180660

Stephen W. Morgan, Judge.

Submitted February 13, 2024.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Kristin A. Carveth, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Jennifer S. Lloyd, Assistant Attorney General, waived appearance for respondent.

Before Lagesen, Chief Judge, and Egan, Judge.

LAGESEN, C. J.

Affirmed.

**LAGESEN, C. J.**

Defendant appeals from a judgment of conviction for fourth-degree assault constituting domestic violence, ORS 163.160. His appointed counsel filed a brief pursuant to ORAP 5.90 and *State v. Balfour*, 311 Or 434, 814 P2d 1069 (1991). The brief does not contain a Section B. *See* ORAP 5.90(1)(b). We affirm.[1]

In January 2023, defendant pleaded guilty to felony fourth-degree assault constituting domestic violence, ORS 163.160(3). Pursuant to the negotiations and stipulation of the parties, the trial court treated the felony as a misdemeanor and sentenced defendant to 36 months of probation. An amended judgment was filed in March 2023 clarifying that the offense was treated as a misdemeanor.

Having reviewed the record, including the trial court file and the transcript of the hearings, and the brief, and taking into account our statutorily circumscribed authority to review, *see* ORS 138.105, we have identified no arguably meritorious issues.

Affirmed.

---

[1] As authorized by ORS 2.570(2)(b), this matter is determined by a two-judge panel. *See, e.g.*, *State v. Yother*, 310 Or App 563, 484 P3d 1098 (2021) (deciding matter submitted through *Balfour* process by two-judge panel); *Ballinger v. Nooth*, 254 Or App 402, 295 P3d 115 (2012), *rev den*, 353 Or 747 (2013) (same).